842 A.2d 916

**William ROSS, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (ALLIED SIGNAL, INC. and Traveler's/Aetna), Respondents.**

Supreme Court of Pennsylvania.

Dec. 31, 2003.

### *ORDER*

PER CURIAM.

AND NOW, this 31st day of December, 2003, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the case is **REMANDED** for the issuance of a decision that complies with Section 422(a), of the Workers' Compensation Act, 77 P.S. § 834. *See Daniels v. WCAB,* 828 A.2d 1043 (Pa.2003).